## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ANTHONY WOODS,**

> **Plaintiff,**

**vs.**                                                        **Case No.: 3:25-cv-1059/MCR/ZCB**

**SANTANDER CONSUMER USA,**

> **Defendant.**
> _____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on October 15, 2025.  ECF No. 13.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

Case No. 3:25cv1059-MCR-ZCB

1.     The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2.     Plaintiff's amended complaint, ECF No. 12, is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

3.     All pending motions are DENIED as moot.

4.     The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of July 2026.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv1059-MCR-ZCB